United States District Court
Eastern District of California

GEYLIN JIMENEZ SANCHEZ,

Plaintiff(s)

V.

Warden, Mr.Becerra, Mr. Mullin, Mr.Blanch

Defendant(s)

Case Number: 1:26-cv-05621-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Greg V. Chonillo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GEYLIN JIMENEZ SANCHEZ,

On 01/12/2001 (date), I was admitted to practice and presently in good standing in the SOUTHERN DISTRICT OF FLORIDA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Jose Emilio Pacheco Avila, Case No. 2:26-cv-01308-DAD-SCR; Date of application 4/13/2026; Application was granted.

Date: 07/13/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Greg V. Chonillo

Law Firm Name: CHONILLO LAW GROUP, LLC

Address: 121 ALHAMBRA PLAZA

SUITE 1500

City: CORAL GABLES State: FL Zip: 33134

Phone Number w/Area Code: (323) 246-3284

City and State of Residence: MIAMI, FLORIDA

Primary E-mail Address: gregchonillo@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Naira Zohrabyan, Esq.

Law Firm Name: ZOHRABYAN LAW, APC

Address: 100 West Broadway, Suite 540

City: Glendale State: CA Zip: 91210

Phone Number w/Area Code: (323) 246-3284 Bar # 337925

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 20, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE